IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:03CR3074 |
| V. | ) | |
| RYAN PATRICK JOHNSON, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue revocation hearing (filing 88) is granted.

(2) The defendant's revocation hearing is rescheduled to Tuesday, December 13, 2011, at 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 9th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge