IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 4:03 CR 3074 |
| v. | ) | **ORDER** |
| RYAN PATRICK JOHNSON, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Request to File Restricted Motion, filing 92. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Unopposed Motion to Continue Revocation Hearing as restricted.

IT IS FURTHER ORDERED that said Motion and Order be made available to case participants only.

DATED this 12th day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge